MAYOR, &c., OF NORTH PLAINFIELD, PLAINTIFFS IN ERROR, v. TUNIS J. CARY, DEFENDANT IN ERROR.

On error to the Supreme Court.  For opinion of the Supreme Court, see 20 *Vroom* 110.

For the plaintiffs in error, *J. H. Jackson.*

For the defendant in error, *W. L. Hetfield.*

PER CURIAM.  The judgment in this case should be affirmed, for the reasons given by the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, MAGIE, SCUDDER, VAN SYCKEL, BROWN, McGREGOR, PATERSON, WHITAKER.    9.

*For reversal*—None.